[No. 22935-8-II.   Division Two.   April 2, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. GILBERT M. HARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 97-1-00233-8, James B. Sawyer II, J., entered February 5, 1998. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Morgan and Seinfeld, JJ.

[No. 22943-9-II.   Division Two.   April 2, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL FRANK WOODS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 97-1-01086-1, Edwin L. Poyfair, J., entered January 22, 1998. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater, C.J., and Houghton, J.

[No. 41626-0-I.   Division One.   April 5, 1999.]

PHILLIP A. SCRIPA, ET AL., *Appellants*, v. CHRYSLER CORPORATION, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-29223-2, Jim Bates, J., entered September 3, 1997. *Affirmed* by unpublished opinion per Cox, J., concurred in by Ellington and Appelwick, JJ.

[No. 42114-0-I.   Division One.   April 5, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT WILLIAM REGIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-02997-6, Donald D. Haley, J., entered January 20, 1998. *Reversed* by unpublished per curiam opinion.